290 So.2d 209

**In re Jimmie Floyd MILLER**

**v.**

**STATE.**

**Ex parte Jimmie Floyd Miller.**

**SC 702.**

Supreme Court of Alabama.

Feb. 14, 1974.

Robert W. Gwin, Jr., Birmingham, for petitioner.

No brief for the State.

FAULKNER, Justice.

Petition of Jimmie Floyd Miller for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Miller v. State, 52 Ala.App. 143, 290 So.2d 207.

Writ denied.

HEFLIN, C. J., and MERRILL, HARWOOD and MADDOX, JJ., concur.